June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CODY CARR, Appellant

NO. 14-14-00085-CR and
    14-14-00087-CR                 V.

THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records. Having inspected the records, this Court finds no error in either of the judgments.

In Cause No. 14-14-00085-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.

In Cause No. 14-14-00087-CR, this Court orders the judgment of the court below **AFFIRMED.** We further order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.